**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

J&A OF LOUISIANA, LLC,
LEONARD Q. "PETE" ABINGTON, &
CALVIN H. JONES

CIVIL NO. 20-0980

VERSUS

JUDGE S. MAURICE HICKS, JR.

ANDREW J. BRYANT, BRYANT
ASSET ADVISORS, LLC, & THE
WELFONT GROUP, LLC

MAGISTRATE JUDGE MCCLUSKY

**ORDER**

For the reasons stated in the foregoing Memorandum Ruling,

**IT IS ORDERED** that Welfont's Partial Motion for Summary Judgment (Record Document 38) be **GRANTED in part.** Abington and Jones's claims to recover damages for the disparity in J&A's sell price and the fair market value, the interest as of December 4, 2017, the judicial interest, and the attorneys' fees incurred by J&A are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Motion be **DENIED** with regards to Abington and Jones's claims to recover the tax penalties and fees assessed against them individually.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of September, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT